Eastern District of Kentucky
FILED
SEP 25 2025
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6:25-cr-079-REW

LARRY DANIEL HARVILLE

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 841(a)(1)

On or about August 21, 2025, in Laurel County, in the Eastern District of Kentucky, and elsewhere,

**LARRY DANIEL HARVILLE**

did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
### 18 U.S.C. § 922(g)(1)

On or about September 4, 2025, in Whitley County, in the Eastern District of Kentucky,

**LARRY DANIEL HARVILLE,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed a firearm, to wit: a Phoenix Arms, Model HP22A, .22 caliber pistol with serial number 4558800, said firearm having been shipped and transported in interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

## FORFEITURE ALLEGATIONS
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the felony offense alleged in Count 1 of the Indictment, **LARRY DANIEL HARVILLE**, shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation of 21 U.S.C. § 841. Any and all interest that **LARRY DANIEL HARVILLE**, has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2. By virtue of the commission of the offense alleged in Count 2 of the Indictment, **LARRY DANIEL HARVILLE** shall forfeit to the United States any and all firearms and associated ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C. §§ 922 and 924. Any and all interest that **LARRY DANIEL HARVILLE** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3. The property to be forfeited includes, but is not limited to, the following:

   **FIREARMS AND AMMUNITION:**
   a. a Phoenix Arms, Model HP22A, .22 caliber pistol, serial number 4558800; and
   b. any ammunition and all associated accessories.

A TRUE BILL

███████████

———————————
FOREPERSON

*[signature]*
PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## PENALTIES

### COUNT 1:

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **IF PRIOR FELONY DRUG OFFENSE:** Not more than 30 years imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

### COUNT 2:

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.